IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 12-cv-02963-MSK-KLM

JOHN TANNER,

      Plaintiff,

v.

AMERICAN FAMILY MUTUAL INSURANCE, a Wisconsin corporation, jointly and severally,

      Defendant.

## ORDER OF DISMISSAL WITH PREJUDICE AND TO CLOSE CASE

THIS MATTER is before the Court on the Plaintiff's Unopposed Motion to Dismiss Defendant American Family Insurance Group With Prejudice **(#14)** filed February 9, 2013. The Court having reviewed the foregoing:

**ORDERS** that the Motion is **GRANTED** and all claims asserted in the above-captioned matter are dismissed with prejudice, each party to bear his, her or its own costs and attorneys' fees incurred in connection with this action. The Clerk shall close this case.

DATED this 11th day of February, 2013.

                              BY THE COURT:

                              *Marcia S. Krieger*

                              Marcia S. Krieger
                              Chief United States District Judge